Form otfrcase

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Warren A. McKeithen, Jr.　　　　　*Case No.:* 21–80197
*Debtor*

　　　　　　　　　　　　　　　　　　　　*Chapter:* 13

---

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to United States Bankruptcy Court Northern District of Illinois, Eastern Division.

**Entered:** 4/1/21

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Thomas L. Perkins
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.